Opinion approved by the Court.

**Marion Derwood HENDRICKS, Appellant,**

v.

**The STATE of Texas, Appellee.**

No. 28883.

Court of Criminal Appeals of Texas.

Feb. 13, 1957.

No attorney for appellant of record on appeal.

Leon B. Douglas, State's Atty., Austin, for the State.

PER CURIAM.

Appellant was convicted of the felony offense of drunken driving, with punishment assessed at a fine of $400.

Accompanying the record is the personal affidavit of appellant requesting the dismissal of his appeal. The request is granted.

The appeal is dismissed.